IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE A. HESS,<br>      **Plaintiff**<br><br>v.<br><br>**TOWNSHIP OF SAINT THOMAS;<br>SAINT THOMAS TOWNSHIP<br>MUNICIPAL AUTHORITY; TRAVIS<br>AMSLEY; LAURA MEYERS; LARRY<br>TRUETT; ANDREW HOLLENSHEAD;<br>RYAN WALLS; BOBBY BARD; and<br>CORY STINE,**<br>      **Defendants** | No. 1:23cv544<br><br>(Judge Munley) |

## ORDER

**AND NOW**, this _____ day of March 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1) The motion to dismiss (Doc. 22) filed by Defendants Saint Thomas Township Municipal Authority ("Authority"), and Travis Amsley, Laura Meyers, Larry Truett, Andrew Hollenshead, Ryan Walls, Bobby Bard, and Cory Stine ("individual defendants") is **GRANTED** in part and **DENIED** in part.

2) The motion to dismiss Count III of the amended complaint is **DENIED**.

3) The motion to dismiss Count IV of the amended complaint is **GRANTED**.

Count IV of the amended complaint, as asserted against the Authority, is **DISMISSED** without prejudice and plaintiff may file a second amended complaint regarding this claim within ten (10) days of the date of this order. Otherwise, Count IV will be **DISMISSED** with prejudice without further order.

4) The motion to dismiss Count VI is **GRANTED** and the claims against the individual defendants are **DISMISSED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court