# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE A. HESS,<br>**Plaintiff** | No. 1:23cv544 |
| v. | (Judge Munley) |
| TOWNSHIP OF SAINT THOMAS;<br>SAINT THOMAS TOWNSHIP<br>MUNICIPAL AUTHORITY; TRAVIS<br>AMSLEY; LAURA MEYERS; LARRY<br>TRUETT; ANDREW HOLLENSHEAD;<br>RYAN WALLS; BOBBY BARD; and<br>CORY STINE,<br>**Defendants** | |

## ORDER

**AND NOW**, this 28 day of March 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant Township of Saint Thomas's motion to dismiss, (Doc. 24), is **GRANTED**; and

2) Plaintiff's claim in Count I of the amended complaint is **DISMISSED** as asserted against Defendant Township of Saint Thomas.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court